UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

reFX Audio Software, Inc. ,
        Plaintiff(s),

v.

Mark Riordan, et al. ,
        Defendant(s).

Case No. 4:12-cv-02093

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff reFX Audio Software, Inc.__ and notifies the court of the intent to use
      (Plaintiff or Defendant)

Dennis Dahlberg, Dalhberg & Assocs. LLC
_____
(name and address of process server)

1107 Chatelet Drive
_____

Saint Louis, MO 63135
_____


To serve:       Paula Wills
_____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

06/24/2013                         /s/ Paul A. Lesko
_____        _____
(date)                                   (attorney for Plaintiff)


                                  _____
                                  (attorney for Defendant)